1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

| | | |
|---|---|---|
| BING QUANG LE, | ) | Case No.: C 09-5878 PSG |
| Plaintiff, | ) ) | **ORDER EXTENDING TIME TO SERVE AND STANDBY ORDER TO** |
| v. | ) ) | **SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

13

14

15

16

17

18      Plaintiff filed the complaint in this action on December 15, 2009.  The deadline for service

19  was 120 days from that date, April 16, 2010.[1]  Thus, the time for service on Defendants has

20  expired.  No Defendant has been served.

21      "If a defendant is not served within 120 days after the complaint is filed, the court — on

22  motion or on its own after notice to the plaintiff — must dismiss the action without prejudice

23  against that defendant or order that service be made within a specified time. But if the plaintiff

24  shows good cause for the failure, the court must extend the time for service for an appropriate

25  period."[2]  As the plaintiff is *pro per,* the finds good cause to extend the time for service.

26      IT IS HEREBY ORDERED that Plaintiff must serve Defendant no later than February 22,

27  ─────────────────

28
    [1] *See* Fed. R. Civ. P. 4(m).

    [2] Fed. R. Civ. P. 4(m).

ORDER, *page 1*

2011 as described in Federal Rule of Civil Procedure 4(i):

> "To serve the United States, [Plaintiff] must:
> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the [Northern District of California] — or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk — or
>
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer."[3]

IT IS FURTHER ORDERED that if no proof of service is filed with the court by February 23, 2011, then Plaintiff must show cause why the case should not be dismissed for failure to serve the complaint.[4]   Plaintiff shall respond in writing no later than March 1, 2010.   If Plaintiff fails to show cause, this case may be dismissed.

Dated: February 7, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[3] Fed. R. Civ. P. 4(i).

[4] *See* Fed. R. Civ. P. 4(l).

ORDER, *page 2*

1

2   *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

3

4   copies mailed on 2/7/11 to:

5   Binh Quang Le
    2555 Corde Terra Circle
6   #215
    San Jose, CA 95111

7

8                                           */s/ Kelly Lowenberg for*
                                           OSCAR RIVERA
9                                          Courtroom Deputy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28