UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BING QUANG LE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Case No.: C 09-5878 PSG<br><br>**ORDER THAT CASE BE REASSIGNED** |

　　　　Plaintiff filed the complaint in this action on December 15, 2009. The deadline for service was 120 days from that date, April 16, 2010.[1] Thus, the time for service on Defendants has expired. No Defendant has been served.

　　　　On February 8, 2011, the court extended the time Plaintiff to serve Defendants to February 22, 2011. The court further ordered that if no proof of service were filed with the court by February 23, 2011, then Plaintiff must show cause no later than March 1, 2010 why the case should not be dismissed for failure to serve the complaint.[2] Plaintiff has not yet responded. Accordingly,

---

[1] *See* Fed. R. Civ. P. 4(m).

[2] *See* Fed. R. Civ. P. 4(l).

ORDER

1    IT IS HEREBY ORDERED that this case be reassigned to a district judge with a
2 recommendation for dismissal for failure to serve the complaint pursuant to Fed. R. Civ. P. 4(l).
3 Dated: March 14, 2011

                                                                                              PAUL S. GREWAL
                                                                                              United States Magistrate Judge

ORDER

1  **Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

2  **A copy of this filing was mailed to:**

3

4  Binh Quang Le
2555 Corde Terra Circle
#215
5  San Jose, CA 95111

6

7  Dated: March 21, 2011

8                                             */s/ Chambers Staff*
                                     Chambers of U.S. Magistrate Judge Paul S. Grewal

ORDER