UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BING QUANG LE, | Case No.: 9-CV-05878-LHK |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE FOR FAILURE TO PROSECUTE |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

The complaint in this action was filed on December 15, 2009. Pursuant to Federal Rule of Civil Procedure 4(m), the deadline for service was 120 days from the date of filing, or April 16, 2010. To date, Plaintiff has not filed proof of service.

On February 8, 2011, Judge Grewal (to whom this case was previously assigned) extended the time for service to February 22, 2011, and ordered that if proof of service was not filed by this date, the Plaintiff must show cause why the case should not be dismissed for failure to prosecute by March 1, 2010. As of today's date, Plaintiff has not responded to the Order to Show Cause.

This case was reassigned to the undersigned Judge on March 14, 2011. In the Reassignment Order, Judge Grewal recommends that the case be dismissed for failure to prosecute based on the above facts. The Court agrees. Accordingly, this case is hereby DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m). The Clerk shall close the file.

1  **IT IS SO ORDERED.**

2  Dated: March 23, 2011

                                            _____
3                                            LUCY H. KOH
                                             United States District Judge